UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FABIELLA SPINELLI TORRES,<br><br>Defendant. | 22 Cr. 437-4 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Government and defendant Fabiella Spinelli Torres are ORDERED to appear for an initial conference on **May 9, 2023**, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: April 28, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge