

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Fabiella Spinelli-Torres**, 22 Cr. 437 (KPF)

Dear Judge Failla:

The Government respectfully writes in response to the May 23, 2023 motion of Defendant Fabiella Spinelli-Torres for release on bond or for a bond hearing (ECF No. 55). The Government does not oppose Ms. Spinelli-Torres's release, on the following conditions:

- A $100,000 personal recognizance bond, secured by two financially responsible persons;
- Electronic monitoring;
- Travel restricted to the Southern District of Florida, Southern District of New York and Eastern District of New York;
- Surrender all travel documents and refrain from applying for or acquiring new travel documents;
- Supervision by Pretrial Services as directed;
- Refrain from possessing a firearm, destructive device or other weapon; and
- Refrain from contact with co-defendants, alleged co-conspirators, or any individual currently or formerly associated with the charged offenses.

The Government would not consent in advance to the selection of any particular cosigner, and would interview the proposed cosigners to determine suitability prior to their signing the bond.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Emily Deininger
T. Josiah Pertz
Assistant United States Attorneys
(212) 637-2472 / 2246

The Court is in receipt of Ms. Spinelli Torres's letter requesting release on bond and in the alternative, requesting a bail hearing. (Dkt. #55). The Court is also in receipt of the Government's above response.

Given the parties' agreement regarding the propriety of Ms. Spinelli Torres's release and the circumstances described in Ms. Spinelli Torres's letter, the Court finds that conditional pretrial release is warranted. The Court adopts the conditions proposed by Ms. Spinelli Torres as modified by the Government, including the additional weapons condition and the condition that the Government may interview proposed cosigners prior to their signing the bond. Any interviews of proposed cosigners who reside outside of the Southern District of New York may occur virtually. Ms. Spinelli Torres shall not be released until all such conditions are met.

The Clerk of Court is directed to terminate the motion at docket entry 55.

SO ORDERED.

Dated:   May 24, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE