| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------X<br>UNITED STATES OF AMERICA       :<br>                                                                 :<br>                                                                 :<br>            v.                                                 :<br>                                                                 :<br>                                                                 :<br>ESTEBAN CABRERA DA CORTE,  :<br>et al.,                                                     :<br>                                                                 :<br>                           Defendants.         :<br>------------------------------------------------------X | **22-CR-437 (KPF)**<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Upon the application of Michael W. Martin, Esq., of Lincoln Square Legal Services, Inc., counsel for Mr. Asdrubal Ramirez Mesa, by letter motion separately filed on June 9, 2023, it is hereby

**ORDERED**, pursuant to 18 U.S.C. § 3142(c)(3), that the conditions of pre-trial release previously set by this Court are modified to permit Mr. Asdrubal Ramirez Mesa to move to the new residence of which he has already informed the United States Department of Probation, through counsel; and it is further

**ORDERED** that the conditions of pre-trial release previously set by this Court remain, in all other respects unmodified.

The Clerk of Court is directed to terminate the motion at docket entry 60.

Dated:   June 9, 2023
           New York, New York

_____
**HON. KATHERINE POLK FAILLA**
**United States District Judge**
**Southern District of New York**