

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

August 1, 2023

*-Via ECF-*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **RE:**   Request to waive personal appearance at 08.04.23 status conference
              Defendant: Fabiella Spinelli-Torres (Deft. 4)
              *USA v. Cabrera Da Corte, et al.,* 1:22-cr-00437-KPF-4

Dear Judge Polk Failla:

      Our office represents defendant Fabiella Spinelli-Torres in the above-referenced matter. She is currently out on bond and has been fully compliant with all conditions set by this Court. A status conference is scheduled here for Friday, August 4, 2023, at 11:00 a.m. We respectfully request that Ms. Spinelli-Torres be excused from appearing personally at the conference or, in the alternative, be permitted to appear via telephone or videoconference.

      I have spoken with AUSA T. Josiah Pertz concerning this request and he advised that the government does not object.

      Ms. Spinelli-Torres asks for this accommodation due to the fact that she lives in Miami, Florida and the cost of arranging for airfare and lodging will be financially burdensome to her. Further, the status conference will likely involve matters concerning scheduling between the Court and attorneys. As such, it is not necessarily a "substantive" or "critical" pretrial proceeding for which her personal appearance should be required.

      Accordingly, we ask that Ms. Spinelli-Torres be excused from appearing personally at the conference or, in the alternative, be permitted to appear via telephone or videoconference.

      Thank you for your attention and consideration in this matter.

Hon. Katherine Polk Failla  August 1, 2023
*USA v. Cabrera Da Corte, et al.,* 1:22-cr-00437-KPF-4

                                      Respectfully Submitted,

                                      */s/     Conor McNamara*
                                      CONOR McNAMARA, ESQ.
                                      LAW OFFICES OF ROBERT TSIGLER
                                      Attorneys for Defendant
                                      Direct: (718) 701-4114
                                      cm@tsiglerlaw.com

cc:     Counsel of Record (via ECF)

```
Application GRANTED IN PART.  Ms. Spinelli-Torres may not waive
her appearance at the conference scheduled for August 4, 2023,
but her request to participate remotely is GRANTED.  The
conference shall proceed via videoconference.  Instructions for
accessing the videoconference will be provided separately.

The parties are advised that Ms. Spinelli-Torres's personal
appearance will be required at future proceedings.

The Clerk of Court is directed to terminate the motion at docket
entry 78.



Dated:    August 1, 2023              SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE